# United States Court of Appeals
## For the First Circuit

No. 18-1962

UNITED STATES,

Appellee,

v.

MEYLESI RUEDA,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on July 31, 2019, is amended as follows:

On page 6, line 22 change "four-months imprisonment" to "four months' imprisonment"

On page 12, line 23 change "four-months imprisonment" to "four months' imprisonment"